LEGGETT, Respondent, v. STEVENS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by John C. Leggett against Addison S. Stevens and others.

PER CURIAM. Appeal dismissed, with costs, unless within 15 days from the date of service of a copy of this order, together with notice of entry thereof, the appellants file and serve their printed papers on appeal, as requir-

ed by the rules, and pay $10 costs to the attorneys for respondent Eldridge, in which event the motion is denied.